| | | |
|---|---|---|
| | AUSA: Susan Fairchild | Telephone: (313) 226-9577 |
| AO 91 (Rev. 11/11) Criminal Complaint | Officer: Mary Riehs | Telephone: (313) 806-4657 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Patricia RODRIGUEZ DE DEL CID

Case No. Case: 2:23–mj–30082
Assigned To : Unassigned
Assign. Date : 2/28/2023
USA V. RODRIGUEZ DE DEL CID (CMP)(CMC)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____February 7, 2023____ in the county of ____Oakland____ in the ____Eastern____ District of ____Michigan____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:

On or about February 7, 2023 in the Eastern District of Michigan, Southern Division, Patricia RODRIGUEZ DE DEL CID, an alien from Honduras, was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about July 19, 2018 at or near Alexandra, LA and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; all in violation of Title 8, United States Code, Section 1326 (a).

☑ Continued on the attached sheet.

_____
Complainant's signature

Mary Riehs, Deportation Officer
Printed name and title

Sworn to before me and signed in my presence.

Date: __February 28, 2023__

_____
Judge's signature

City and state: __Detroit, Michigan__

Kimberly Altman, United States Magistrate Judge
Printed name and title

# AFFIDAVIT

I, Mary Riehs, declare the following under penalty of perjury:

1. I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE) of the United States Department of Homeland Security, having served with ICE since July 2020. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers and record checks of law enforcement databases. I have also reviewed relevant immigration records and system automated data relating to Patricia RODRIGUEZ DE DEL CID, which reveal the following:

2. RODRIGUEZ DE DEL CID is a thirty-one-year-old citizen and native of Honduras, who last entered the United States on an unknown date, at an unknown place, without inspection by the U.S. Department of Homeland Security.

3. On or about December 5, 2009, U.S. Customs and Border Protection (CBP) arrested RODRIGUEZ DE DEL CID in Detroit, MI and issued her Form I-862 Notice to Appear.

4. On or about December 17, 2009, an Immigration Judge in Detroit, MI granted Voluntary Departure for RODRIGUEZ DE DEL CID. On or about December 28, 2009, RODRIGUEZ DE DEL CID departed the U.S. to Honduras through Miami, FL.

5. On or about November 11, 2010, Border Patrol arrested RODRIGUEZ DE DEL CID at Falfurrias, TX and issued her Form I-860 Notice and Order of Expedited Removal. On or about November 16, 2022, Border Patrol paroled RODRIGUEZ DE DEL CID into the U.S. under 8 CFR 235.3(b)(2)(iii), valid until November 15, 2011.

6. On or about September 29, 2011, ICE placed RODRIGUEZ DE DEL CID on an Order of Supervision (OSUP).

7. On or about November 8, 2011, ICE revoked RODRIGUEZ DE DEL CID's Order of Supervision due to failure to report change of address within 48 hours and failure to report as ordered.

8. On or about November 23, 2013, the Canton Township Department of Public Safety arrested RODRIGUEZ DE DEL CID for Retail Fraud Second Degree. On

1

or about December 12, 2013, the 35th District Court in Canton, MI issued a warrant for RODRIGUEZ DE DEL CID.

9. On or about March 15, 2014, the Dearborn Police Department arrested RODRIGUEZ DE DEL CID for Larceny. On or about April 8, 2014, the 19th District Court in Dearborn, MI issued a warrant for RODRIGUEZ DE DEL CID.

10. On or about January 18, 2017, the 3rd Circuit Court in Detroit, MI convicted RODRIGUEZ DE DEL CID for the offense of Weapons - Carrying Concealed and sentenced her to 55 days' jail and 18 months' probation.

11. On or about February 10, 2017, ICE arrested RODRIGUEZ DE DEL CID in Detroit, MI, after absconding from her OSUP. On or about March 17, 2017, ICE removed RODRIGUEZ DE DEL CID from the U.S. to Honduras through Alexandria, LA.

12. On or about April 4, 2017, Border Patrol arrested RODRIGUEZ DE DEL CID in Hidalgo, TX and issued her Form I-871 Notice of Intent/Decision to Reinstate Prior Order.

13. On or about April 5, 2017, the U.S. District Court Southern District of Texas McAllen Division convicted RODRIGUEZ DE DEL CID for the offense of Title 8 U.S.C. §1325(a)(1) and sentenced her to time served.

14. On or about April 11, 2017, ICE removed RODRIGUEZ DE DEL CID from the U.S. through Honduras through Brownsville, TX.

15. On or about September 27, 2017, Border Patrol arrested RODRIGUEZ DE DEL CID in Detroit, MI and served her with Form I-871 Notice of Intent/Decision to Reinstate Prior Order.

16. On or about June 19, 2018, the U.S. District Court Eastern District of Michigan convicted RODRIGUEZ DE DEL CID for the offense of Title 8 U.S.C. §1326(a) Unlawful Re-Entry and sentenced her to time served.

17. On or about July 19, 2018, ICE removed RODRIGUEZ DE DEL CID from the U.S. to Honduras through Alexandria, LA.

18. On or about May 23, 2022, the 34th District Court in Romulus, MI convicted RODRIGUEZ DE DEL CID for the offense of Operating - License - Forgery/Alteration/False ID and sentenced her to fines and costs.

19. On or about November 23, 2022, ICE Duty Officer encountered RODRIGUEZ DE DEL CID at the Troy Police Department, following an arrest for Retail Fraud. On this same day, ICE issued Form I-247 Detainer for RODRIGUEZ DE DEL CID with the Troy Police Department.

20. On or about November 29, 2022, the 52-4 District Court in Troy, MI convicted RODRIGUEZ DE DEL CID for the offense of Disorderly Person and sentenced her to 7 days' jail and fines and costs.

21. On or about February 6, 2023, the 52-4 District Court in Troy, MI convicted RODRIGUEZ DE DEL CID for offense of Retail Fraud - First Degree and sentenced her to time served (76 days).

22. On or about February 7, 2023, ICE arrested RODRIGUEZ DE DEL CID at the Oakland County Jail in Pontiac, MI and served her Form I-871 Notice of Intent/Decision to Reinstate Prior Order. Fingerprint checks confirmed a positive match for Patricia RODRIGUEZ DE DEL CID, DOB: XX/XX/1991, AXXX XXX 890, a previously removed alien.

23. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any non-citizen entering or attempting to enter the United States, or any non-citizen present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of noncitizens.

24. A review of immigration records (A #XXX XXX 890) for RODRIGUEZ DE DEL CID and queries in U.S. Department of Homeland Security databases reveal that no record exists of RODRIGUEZ DE DEL CID obtaining permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following her removal from the United States on or about July 19, 2018.

25. Based on the above information, there is probable cause to believe that, on or about February 7, 2023 in the Eastern District of Michigan, Southern Division,

3

RODRIGUEZ DE DEL CID, an alien, was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about July 19, 2018 and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; all in violation of Title 8, United States Code, Section 1326(a).

_____
Mary Riehs
Deportation Officer

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Kimberly Altman
U.S. Magistrate Judge

Dated:  February 28, 2023

4